...

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | CASE NO.: 2:12-SW-169-DAD |
| 1570 EASTLAKE CIRCLE<br>TRACY, CALIFORNIA 95304 | REQUEST TO UNSEAL SEARCH WARRANT DOCUMENTS |

The United States, by undersigned counsel, petitions the Court and respectfully represents:

1. On April 4, 2012, this Court issued an order sealing the Application and Affidavit in Support of Search Warrant in the above-referenced case.

2. The subject of the investigation has been indicted.

3. It is in the interests of the public and the administration of justice to unseal the application and affidavit in this case, and there exists no further law enforcement need for the case to remain under seal.

THEREFORE, your petitioner prays that the documents in the

1

application and affidavit be unsealed and made part of the public record.

DATED: October 25, 2012

                                              Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                   By: _____
                                              MATTHEW G. MORRIS
                                              Assistant U.S. Attorney

       THE COURT HEREBY ORDERS that the Application and Affidavit in Support of Search Warrant in Case No. 2:12-SW-00169 DAD be unsealed and made part of the public record.

Dated: 10/25/12

                                              _____
                                              THE HONORABLE DALE A. DROZD
                                              United States Magistrate Judge